**CAPITOL HILL BUILDING MAINTENANCE, INC.,**
**Plaintiff–Appellant,**

and

**Patriarch, Inc., Plaintiff,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**Wilburn Company, Inc., Defendant–Appellee.**

**No. 00–5117.**

United States Court of Appeals,
Federal Circuit.

June 5, 2001.

Before MICHEL, BRYSON, and DYK, Circuit Judges.

*Judgment*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**In re Lee A. HOLLAAR and Jeffrey A. Lorenzen.**

**No. 00–1506.**

United States Court of Appeals,
Federal Circuit.

June 5, 2001.

Rehearing and Rehearing En Banc Denied Aug. 14, 2001.

Before MICHEL, BRYSON, and DYK, Circuit Judges.

*Judgment*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.